No. 90. SOUTHERN OIL CORPORATION *v.* YALE NATURAL GAS COMPANY. Error to the Supreme Court of the State of Oklahoma. Argued October 17, 1924. Decided October 27, 1924. *Per Curiam.* Affirmed, upon authority of *Louisville & Nashville R. R. Co.* v. *Mottley,* 219 U. S. 467, and *Union Dry Goods Co.* v. *Georgia Public Service Corporation,* 248 U. S. 372. *Mr. Henry M. Gray* and *Mr. Rollin E. Gish,* with whom *Mr. Randolph Shirk, Mr. H. W. Randolph, Mr. John A. Haver, Mr. C. E. Cooper* and *Mr. Jas. W. Woodford* were on the brief, for plaintiff in error. *Mr. Geo. A. Henshaw* and *Mr. A. Carey Hough* appeared for defendant in error.

---

No. 13. Original. STATE OF OKLAHOMA *v.* STATE OF TEXAS. United States intervener. In Equity. Motion submitted October 27, 1924. Order entered November 17, 1924. See 262 U. S. 724.

ORDER.—On the motion of the United States, intervener, the order herein of June 11, 1923, relating to certain lands, is hereby revoked and the lands described in that order are hereby released unconditionally from the receivership.

*Mr. Solicitor General Beck* for the United States.